UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
**F I L E D**
JAN 21 2016
David J. Bradley
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § WILLIAM EDWARD STERLING § AKA BILL STERLING § ALBERT URESTE § PAUL SIMON GARZA, III § FELIPE VASQUEZ § | CRIMINAL NUMBER **V-16-08** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about January 21, 2013, to or about October 7, 2015, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

WILLIAM EDWARD STERLING
AKA BILL STERLING,
ALBERT URESTE,
PAUL SIMON GARZA, III,
and FELIPE VASQUEZ,

did knowingly and intentionally conspire and agree together, with each other, and with persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved less than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney